THE PEOPLE OF THE STATE OF NEW YORK ex rel. UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent and Appellant, v. STATE BOARD OF TAX COMMISSIONERS, Appellant and Respondent.

THE CITY OF NEW YORK, Intervenor, Appellant and Respondent.

*People ex rel. Union Ry. Co.* v. *State Board of Tax Comrs.*, 157 App. Div. 763, affirmed.

(Argued April 16, 1914; decided September 29, 1914.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1913, which reversed an order of Special Term and reduced an assessment by the state board of tax commissioners upon special franchises of the relator for purposes of taxation.

*Thomas Carmody, Attorney-General (William A. McQuade* of counsel), for State Board of Tax Commissioners, appellant and respondent.

*Frank L. Polk, Corporation Counsel (Curtis A. Peters* and *Addison B. Scoville* of counsel), for City of New York, appellant and respondent.

*Joseph P. Cotton* and *George S. Franklin* for relator, respondent and appellant.

Order affirmed, without costs, on opinion in *People ex rel. Third Ave. R. R. Co.* v. *State Bd. of Tax Comrs.* (212 N. Y. 472).

Concur: WERNER, HISCOCK, CHASE, COLLIN, CUDDE-BACK and HOGAN, JJ. Not voting: WILLARD BARTLETT, Ch. J.